

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EDWIN JONATHAN REYNOSO, | § | No. 08-12-00324-CR |
| Appellant, | § | Appeal from the |
| v. | § | 283rd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1057221-T) |
| | § | |

## O R D E R

The Court on its own motion vacates the February 27, 2014 submission and oral argument setting for the above styled and numbered cause pending a ruling on the Appellant's motion for voluntary dismissal of the appeal.

IT IS SO ORDERED this 24th day of January, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.